IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. AMANT, | No. CIV S-06-2659-CMK |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |
| _____ / | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On December 7, 2006, the court granted plaintiff's motion for leave to proceed in forma pauperis. That order required plaintiff to submit to the United States Marshal, within 15 days of the date of service of the order, a completed summons and copies of the complaint, and file a statement with the court that said documents have been submitted.  Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules.  See Local Rule 11-110.  More than 15 days have elapsed and plaintiff has not complied.

Plaintiff will be required to show cause and is warned that failure to respond to this order may result in dismissal of the action. See Local Rule 11-110. <u>The filing of a notice, within the time provided herein, that plaintiff has submitted the appropriate documents to the U.S. Marshal will constitute an adequate response to this order to show cause.</u>

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing, within 20 days of the date of service of this order, why this action should not be dismissed for lack of prosecution and failure to comply with rules and/or court orders.

DATED: January 25, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE