# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. AMANT, | No. CIV S-06-2609-CMK |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On January 30, 2007, the court directed plaintiff to show cause why this action should not be dismissed for plaintiff's failure to notify this court that service documents had been submitted to the U.S. Marshal. On the same day, plaintiff's counsel filed a notice indicating that service documents had been submitted, which is confirmed by defendant's appearance in this action on

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Michael J. Astrue is substituted for his predecessor. The Clerk of the Court is directed to update the docket to reflect the above caption.

1

1 | March 5, 2007.  Good cause having been demonstrated, the order to show cause is discharged.

3 |       IT IS SO ORDERED.

5 | DATED:  March 6, 2007.

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE