McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JOHN CUSKER
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone:  (415) 977-8975
Facsimile:  (415) 744-0134
E-Mail: john.cusker@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. AMANT, | CIVIL NO. 2:06-CV-02659-CMK |
| Plaintiff, | STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

Upon remand by the Court, the Appeals Counsel will remand the case to an Administrative Law Judge (ALJ) for further proceedings, and instruct the ALJ to take the following action:

1. Further evaluate the May 25, 2005, opinion of treating physician Alexander Chen, M.D. (certified administrative record (AR) 369-71), in accordance with the Commissioner's regulations and Rulings.

    2. Further evaluate the credibility of the claimant's subjective complaints pursuant to Social Security Ruling (SSR) 96-7p.  The ALJ should also apply SSR 06-03p to statements obtained from other sources (e.g., AR 139-47 (statement by Deborah Saienni)).

    3. Obtain testimony from a vocational expert (VE) regarding the effect of any medically determined nonexertional impairment on Plaintiff's occupational base.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

                                              Respectfully submitted,

Dated: July 26, 2007                  /s/ *Bess M. Brewer*  
                                     (As authorized via facsimile)  
                                     BESS M. BREWER  
                                     Attorney for Plaintiff

Dated: July 26, 2007                  McGREGOR W. SCOTT  
                                     United States Attorney  
                                     LUCILLE GONZALES MEIS  
                                     Regional Chief Counsel, Region IX  
                                     Social Security Administration

                                     /s/ *John C. Cusker*  
                                     JOHN C. CUSKER  
                                     Special Assistant U.S. Attorney

IT IS SO ORDERED:

DATED:  August 14, 2007.

                                     **CRAIG M. KELLISON**  
                                     UNITED STATES MAGISTRATE JUDGE